IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Amos & Terry Perdue          CASE NO:    13-33868

SUMMARY OF CASH RECEIPTS & CASH DISBURSEMENTS

For Month Ending          September 30, 2014

| | |
|---|---:|
| BEGINNING BALANCE IN ALL ACCOUNTS | $22,324 |
| | |
| RECEIPTS | |
| Other Receipts | $16,657 |
| | |
| DISBURSEMENTS: | |
| Necessary Expenses | |
| Utilities | ($1,206) |
| Other Necessary Expenses | |
| Automobile Expense | ($387) |
| Bank Service Charges | ($11) |
| Charitable Contributions | ($100) |
| Clothing | ($257) |
| Court Fees | ($100) |
| Dues and Subscriptions | ($29) |
| HOA Fees | ($562) |
| Household Expenses | ($794) |
| Insurance | ($962) |
| Meals and Entertainment | ($473) |
| Medical | ($228) |
| MLS Listing Fees | ($189) |
| Office Supplies | ($15) |
| Professional Fees | ($1,167) |
| Postage & Delivery | ($6) |
| Real Estate Agent Expense | ($273) |
| Rent or Mortgage Payments | ($3,302) |
| Repairs and Maintenance | ($1,584) |
| Transfers Out - All Accounts | ($2,200) |
| | |
| TOTAL DISBURSEMENTS | ($13,846) |
| | |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | $2,811 |
| | |
| ENDING BALANCE IN CHASE | $97 |
| | |
| ENDING BALANCE IN CAPITAL ONE SAVINGS | $2,918 |
| | |
| ENDING BALANCE IN 53RD | $22,119 |
| | |
| ENDING BALANCE IN ALL ACCOUNTS | $25,135 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| CASE NAME: | Amos & Terry Perdue | CASE NO: | 13-33868 |

RECEIPTS LISTING

FOR MONTH ENDING          September 30, 2014

| Bank: | JP Morgan Chase |
| Location: | Chicago |
| Account Name: | Home |
| Account Number: | 7071 |

| DATE RECEIVED | DESCRIPTION | AMOUNT |
| --- | --- | --- |

**SEE DETAIL ON ATTACHED SCHEDULE AT PAGE 2.15**

|  | TOTAL | $3,565 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| CASE NAME: | Amos & Terry Perdue | CASE NO: | 13-33868 |
|---|---|---|---|

RECEIPTS LISTING

FOR MONTH ENDING          September 30, 2014

| Bank: | JP Morgan Chase |
|---|---|
| Location: | Chicago |
| Account Name: | Bingo |
| Account Number: | 2366 |

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|

**SEE DETAIL ON ATTACHED SCHEDULE AT PAGE 2.15**

TOTAL          $0

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| CASE NAME: | Amos & Terry Perdue | | CASE NO: | 13-33868 |
|---|---|---|---|---|

RECEIPTS LISTING

FOR MONTH ENDING          September 30, 2014

| Bank: | Fifth Third Bank |
|---|---|
| Location: | Chicago |
| Account Name: | Bingo |
| Account Number: | 2577 |

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|

**SEE DETAIL ON ATTACHED SCHEDULE AT PAGE 2.15**

TOTAL          $0

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| CASE NAME: | Amos & Terry Perdue | CASE NO: | 13-33868 |
|---|---|---|---|

RECEIPTS LISTING

FOR MONTH ENDING             September 30, 2014

| Bank: | Fifth Third Bank |
|---|---|
| Location: | Chicago |
| Account Name: | Bingo - Savings |
| Account Number: | 3764 |

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| | SEE DETAIL ON ATTACHED SCHEDULE AT PAGE 2.15 | |
| | TOTAL | $0 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:  Amos & Terry Perdue                CASE NO:    13-33868

RECEIPTS LISTING

FOR MONTH ENDING              September 30, 2014

Bank:           JP Morgan Chase

Location:       Chicago

Account Name:   Building

Account Number: 9069

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|

**SEE DETAIL ON ATTACHED SCHEDULE AT PAGE 2.15**

TOTAL              $0

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| CASE NAME: | Amos & Terry Perdue | CASE NO: | 13-33868 |
|---|---|---|---|

RECEIPTS LISTING

FOR MONTH ENDING      September 30, 2014

| Bank: | JP Morgan Chase |
|---|---|
| Location: | Chicago |
| Account Name: | Security |
| Account Number: | 3370 |

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| | **SEE DETAIL ON ATTACHED SCHEDULE AT PAGE 2.15** | |
| | TOTAL | $0 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Amos & Terry Perdue          CASE NO:   13-33868

RECEIPTS LISTING

FOR MONTH ENDING          September 30, 2014

Bank:            Fifth Third Bank

Location:        Chicago

Account Name:    Security

Account Number:  3707

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| | SEE DETAIL ON ATTACHED SCHEDULE AT PAGE 2.15 | |
| | TOTAL | $0 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| CASE NAME: | Amos & Terry Perdue | CASE NO: | 13-33868 |
|---|---|---|---|

RECEIPTS LISTING

FOR MONTH ENDING          September 30, 2014

| Bank: | JP Morgan Chase |
|---|---|
| Location: | Chicago |
| Account Name: | Nate |
| Account Number: | 4521 |

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|

**SEE DETAIL ON ATTACHED SCHEDULE AT PAGE 2.15**

| | TOTAL | $0 |
|---|---|---|

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| CASE NAME: | Amos & Terry Perdue | CASE NO: | 13-33868 |
| --- | --- | --- | --- |

RECEIPTS LISTING

FOR MONTH ENDING                    September 30, 2014

| Bank: | JP Morgan Chase |
| --- | --- |
| Location: | Chicago |
| Account Name: | Business Classic |
| Account Number: | 5375 |

| DATE RECEIVED | DESCRIPTION | AMOUNT |
| --- | --- | --- |

**SEE DETAIL ON ATTACHED SCHEDULE AT PAGE 2.15**

| | TOTAL | $0 |
| --- | --- | --- |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| CASE NAME: | Amos & Terry Perdue | CASE NO: | 13-33868 |
|---|---|---|---|

RECEIPTS LISTING

FOR MONTH ENDING                September 30, 2014

| Bank: | Fifth Third Bank |
|---|---|
| Location: | Chicago |
| Account Name: | Business Classic |
| Account Number: | 3274 |

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|

**SEE DETAIL ON ATTACHED SCHEDULE AT PAGE 2.15**

|  | TOTAL | $1,000 |
|---|---|---|

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:   Amos & Terry Perdue              CASE NO:   13-33868

RECEIPTS LISTING

FOR MONTH ENDING              September 30, 2014

Bank:            JP Morgan Chase

Location:        Chicago

Account Name:    Client Funding

Account Number:  0159

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|

**SEE DETAIL ON ATTACHED SCHEDULE AT PAGE 2.15**

TOTAL              $0

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| CASE NAME: | Amos & Terry Perdue | CASE NO: | 13-33868 |
|---|---|---|---|

RECEIPTS LISTING

FOR MONTH ENDING          September 30, 2014

| Bank: | Fifth Third Bank |
|---|---|
| Location: | Chicago |
| Account Name: | Client Funding |
| Account Number: | 3282 |

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|

**SEE DETAIL ON ATTACHED SCHEDULE AT PAGE 2.15**

|  | TOTAL | $0 |
|---|---|---|

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:  Amos & Terry Perdue                    CASE NO:    13-33868

RECEIPTS LISTING

FOR MONTH ENDING                 September 30, 2014

Bank:            Capital One

Location:        Chicago

Account Name:    Capital One Savings

Account Number:  5392

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| | | |

**SEE DETAIL ON ATTACHED SCHEDULE AT PAGE 2.15**

TOTAL                 $2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| CASE NAME: | Amos & Terry Perdue | CASE NO: | 13-33868 |
|---|---|---|---|

RECEIPTS LISTING

FOR MONTH ENDING          September 30, 2014

| Bank: | Fifth Third Bank |
|---|---|
| Location: | Chicago |
| Account Name: | Debtor In Possession |
| Account Number: | 8315 |

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|

**SEE DETAIL ON ATTACHED SCHEDULE AT PAGE 2.15**

TOTAL          $12,090

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CASE NAME: | Amos & Terry Perdue | CASE NO:   13-33868 |

RECEIPTS LISTING

FOR MONTH ENDING              September 30, 2014

| | |
|---|---|
| Bank: | Fifth Third Bank |
| Location: | Chicago |
| Account Name: | 53rd Savings |
| Account Number: | 1196 |

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|

**SEE DETAIL ON ATTACHED SCHEDULE AT PAGE 2.15**

TOTAL              $0

**Terry & Amos Perdue**

**Deposit Detail**

**September through September 2014**

| Date | Num | Description | Amount |
|------|-----|-------------|--------|
| 09/02/2014 | | Transfers In - Sista Charles | 20.00 |
| 09/02/2014 | | Transfers In - Sista Charles | 11.00 |
| 09/02/2014 | | Terry & Amos Misc Income | 500.00 |
| 09/03/2014 | | Rental Income | 1,160.00 |
| 09/03/2014 | | Transfers In - Sista Charles | 70.00 |
| 09/04/2014 | | Rental Income | 1,375.00 |
| 09/05/2014 | | Transfers In - Sista Charles | 20.00 |
| 09/08/2014 | | Nate Misc Income | 123.00 |
| 09/08/2014 | | Interest Income | 5.95 |
| 09/09/2014 | | Terry & Amos Misc Income | 40.00 |
| 09/16/2014 | | Terry & Amos Misc Income | 30.00 |
| 09/23/2014 | | Terry & Amos Misc Income | 100.00 |
| 09/23/2014 | | Terry & Amos Misc Income | 35.00 |
| 09/30/2014 | | Transfers In - Sista Charles | 75.00 |
| **Total Home** | | | $3,564.95 |
| | | None This Period | $0.00 |
| **Total Bingo 2366** | | | $0.00 |
| | | None This Period | $0.00 |
| **Total Bingo 2577** | | | $0.00 |
| | | None This Period | $0.00 |
| **Total Bingo 3764** | | | $0.00 |
| | | None This Period | $0.00 |
| **Total Building** | | | $0.00 |
| | | None This Period | $0.00 |
| **Total Security 3370** | | | $0.00 |
| 09/26/2014 | | Interest Income | 0.01 |
| 09/29/2014 | | Interest Expense | 0.01 |
| **Total Security 3707** | | | $0.02 |
| | | None This Period | $0.00 |
| **Total Nate** | | | $0.00 |
| | | None This Period | $0.00 |
| **Total Business Classic 5375** | | | $0.00 |
| 09/23/2014 | | Real Estate Agent Comissions | 1,000.00 |
| **Total Business Classic 3274** | | | $1,000.00 |
| | | None This Period | $0.00 |
| **Total Client Funding 0159** | | | $0.00 |
| | | None This Period | $0.00 |
| **Total Client Funding 3282** | | | $0.00 |
| 09/30/2014 | | Interest Income | 1.79 |
| **Total Capital One Savings** | | | $1.79 |
| 09/02/2014 | | Rental Income | 1,350.00 |
| 09/02/2014 | | Rental Income | 1,897.00 |
| 09/02/2014 | | Rental Income | 435.00 |
| 09/02/2014 | | Terry & Amos Misc Income | 365.00 |
| 09/04/2014 | | Transfers In - Home | 2,100.00 |
| 09/04/2014 | | Rental Income | 1,421.00 |
| 09/04/2014 | | Transfers In - Security 3707 | 100.00 |
| 09/12/2014 | | Terry & Amos Wage Income | 1,503.39 |
| 09/26/2014 | | Terry & Amos Wage Income | 1,503.38 |
| 09/26/2014 | | Clothing | 43.83 |
| 09/29/2014 | | Clothing | 21.84 |
| 09/29/2014 | | Rental Income | 1,350.00 |
| **Total DIP** | | | $12,090.44 |
| | | None This Period | $0.00 |
| **Total 53rd Savings** | | | $0.00 |
| **TOTAL** | | | $16,657.20 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| CASE NAME: | Amos & Terry Perdue | CASE NO: | 13-33868 |
|---|---|---|---|

DISBURSEMENT LISTING

FOR MONTH ENDING          September 30, 2014

| Bank: | JP Morgan Chase |
|---|---|
| Location: | Chicago |
| Account Name: | Home |
| Account Number: | 7071 |

| DATE DISBURSED | DESCRIPTION | AMOUNT |
|---|---|---|

**SEE DETAIL ON ATTACHED SCHEDULE AT PAGE 3.15**

| | TOTAL | ($3,992) |
|---|---|---|

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: _____ Amos & Terry Perdue _____   CASE NO: _____ 13-33868 _____

DISBURSEMENT LISTING

FOR MONTH ENDING _____ September 30, 2014 _____

Bank: _____ JP Morgan Chase _____

Location: _____ Chicago _____

Account Name: _____ Bingo _____

Account Number: _____ 2366 _____

| DATE DISBURSED | DESCRIPTION | AMOUNT |
|---|---|---|

**SEE DETAIL ON ATTACHED SCHEDULE AT PAGE 3.15**

TOTAL _____ $0

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:        Amos & Terry Perdue              CASE NO:      13-33868

DISBURSEMENT LISTING

FOR MONTH ENDING              September 30, 2014

Bank:          Fifth Third Bank

Location:      Chicago

Account Name:  Bingo

Account Number: 2577

| DATE DISBURSED | DESCRIPTION | AMOUNT |
|---|---|---|

**SEE DETAIL ON ATTACHED SCHEDULE AT PAGE 3.15**

TOTAL                                    ($47)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:     Amos & Terry Perdue          CASE NO:     13-33868

DISBURSEMENT LISTING

FOR MONTH ENDING          September 30, 2014

Bank:          Fifth Third Bank

Location:      Chicago

Account Name:  Bingo - Savings

Account Number: 3764

| DATE DISBURSED | DESCRIPTION | AMOUNT |
|---|---|---|
| | **SEE DETAIL ON ATTACHED SCHEDULE AT PAGE 3.15** | |
| | TOTAL | $0 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:    Amos & Terry Perdue                    CASE NO:    13-33868

DISBURSEMENT LISTING

FOR MONTH ENDING                    September 30, 2014

Bank:    JP Morgan Chase

Location:    Chicago

Account Name:    Building

Account Number:    9069

| DATE DISBURSED | DESCRIPTION | AMOUNT |
|---|---|---|

**SEE DETAIL ON ATTACHED SCHEDULE AT PAGE 3.15**

|  | TOTAL | $0 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:        Amos & Terry Perdue              CASE NO:     13-33868

DISBURSEMENT LISTING

FOR MONTH ENDING              September 30, 2014

Bank:           JP Morgan Chase

Location:       Chicago

Account Name:   Security

Account Number: 3370

| DATE DISBURSED | DESCRIPTION | AMOUNT |
|---|---|---|
| | **SEE DETAIL ON ATTACHED SCHEDULE AT PAGE 3.15** | |
| | TOTAL | $0 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| CASE NAME: | Amos & Terry Perdue | CASE NO: | 13-33868 |
|---|---|---|---|

DISBURSEMENT LISTING

FOR MONTH ENDING            September 30, 2014

| Bank: | Fifth Third Bank |
|---|---|
| Location: | Chicago |
| Account Name: | Security |
| Account Number: | 3707 |

| DATE DISBURSED | DESCRIPTION | AMOUNT |
|---|---|---|

**SEE DETAIL ON ATTACHED SCHEDULE AT PAGE 3.15**

TOTAL            ($100)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:    Amos & Terry Perdue           CASE NO:    13-33868

DISBURSEMENT LISTING

FOR MONTH ENDING           September 30, 2014

Bank:           JP Morgan Chase

Location:       Chicago

Account Name:   Nate

Account Number: 4521

| DATE DISBURSED | DESCRIPTION | AMOUNT |
|---|---|---|

**SEE DETAIL ON ATTACHED SCHEDULE AT PAGE 3.15**

TOTAL          $0

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:        Amos & Terry Perdue              CASE NO:      13-33868

DISBURSEMENT LISTING

FOR MONTH ENDING              September 30, 2014

Bank:            JP Morgan Chase

Location:        Chicago

Account Name:    Business Classic

Account Number:  5375

| DATE DISBURSED | DESCRIPTION | AMOUNT |
|---|---|---|

**SEE DETAIL ON ATTACHED SCHEDULE AT PAGE 3.15**

TOTAL                    $0

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| CASE NAME: | Amos & Terry Perdue | CASE NO: | 13-33868 |
|---|---|---|---|

DISBURSEMENT LISTING

FOR MONTH ENDING          September 30, 2014

| Bank: | Fifth Third Bank |
|---|---|
| Location: | Chicago |
| Account Name: | Business Classic |
| Account Number: | 3274 |

| DATE DISBURSED | DESCRIPTION | AMOUNT |
|---|---|---|

**SEE DETAIL ON ATTACHED SCHEDULE AT PAGE 3.15**

TOTAL          ($200)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| CASE NAME: | Amos & Terry Perdue | | CASE NO: | 13-33868 |
|---|---|---|---|---|

DISBURSEMENT LISTING

| FOR MONTH ENDING | September 30, 2014 |
|---|---|

| Bank: | JP Morgan Chase |
|---|---|
| Location: | Chicago |
| Account Name: | Client Funding |
| Account Number: | 0159 |

| DATE DISBURSED | DESCRIPTION | AMOUNT |
|---|---|---|

**SEE DETAIL ON ATTACHED SCHEDULE AT PAGE 3.15**

| | TOTAL | $0 |
|---|---|---|

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| CASE NAME: | Amos & Terry Perdue | CASE NO: | 13-33868 |
|---|---|---|---|

DISBURSEMENT LISTING

FOR MONTH ENDING          September 30, 2014

| Bank: | Fifth Third Bank |
|---|---|
| Location: | Chicago |
| Account Name: | Client Funding |
| Account Number: | 3282 |

| DATE DISBURSED | DESCRIPTION | AMOUNT |
|---|---|---|

**SEE DETAIL ON ATTACHED SCHEDULE AT PAGE 3.15**

|  | TOTAL | $0 |
|---|---|---|

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| CASE NAME: | Amos & Terry Perdue | CASE NO: | 13-33868 |
|---|---|---|---|

DISBURSEMENT LISTING

FOR MONTH ENDING      September 30, 2014

| Bank: | Capital One |
|---|---|
| Location: | Chicago |
| Account Name: | Capital One Savings |
| Account Number: | 5392 |

| DATE DISBURSED | DESCRIPTION | AMOUNT |
|---|---|---|

**SEE DETAIL ON ATTACHED SCHEDULE AT PAGE 3.15**

TOTAL      $0

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| CASE NAME: | Amos & Terry Perdue | CASE NO: | 13-33868 |
|---|---|---|---|

DISBURSEMENT LISTING

FOR MONTH ENDING            September 30, 2014

Bank:            Fifth Third Bank

Location:        Chicago

Account Name:    Debtor In Possession

Account Number:  8315

| DATE DISBURSED | DESCRIPTION | AMOUNT |
|---|---|---|

**SEE DETAIL ON ATTACHED SCHEDULE AT PAGE 3.15**

TOTAL        ($9,507)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:   Amos & Terry Perdue            CASE NO:   13-33868

DISBURSEMENT LISTING

FOR MONTH ENDING            September 30, 2014

Bank:           53rd Savings

Location:       Chicago

Account Name:   Debtor In Possession

Account Number: 1196

| DATE DISBURSED | DESCRIPTION | AMOUNT |
|---|---|---|

**SEE DETAIL ON ATTACHED SCHEDULE AT PAGE 3.15**

TOTAL            $0

| | Date | Num | Payee | Expense Account | Amount |
|---|---|---|---|---|---|
| | 09/02/2014 | | Costco | Automobile Expense | (48.00) |
| | 09/02/2014 | | Terry & Amos Perdue | Household Expenses | (100.00) |
| | 09/02/2014 | | Costco | Automobile Expense | (65.00) |
| | 09/03/2014 | | Marquette Bank | Rent or Mortgage Payments | (1,155.71) |
| | 09/04/2014 | | Terry & Amos Perdue | Transfers Out - DIP 8315 | (2,100.00) |
| | 09/04/2014 | | Terry & Amos Perdue | Household Expenses | (125.00) |
| | 09/09/2014 | | Costco | Automobile Expense | (40.00) |
| | 09/15/2014 | | Costco | Automobile Expense | (70.00) |
| | 09/16/2014 | | Costco | Automobile Expense | (30.00) |
| | 09/16/2014 | | Nathaniel Perdue | Household Expenses | (123.00) |
| | 09/23/2014 | | Costco | Automobile Expense | (35.00) |
| | 09/26/2014 | | Terry & Amos Perdue | Household Expenses | (100.00) |
| **Total Home** | | | | | **($3,991.71)** |
| | | | None This Period | | $0.00 |
| **Total Bingo 2366** | | | | | $0.00 |
| | 09/02/2014 | | Jewels | Meals and Entertainment | (6.95) |
| | 09/08/2014 | | Chipotle | Meals and Entertainment | (7.12) |
| | 09/15/2014 | | McDonalds | Meals and Entertainment | (2.02) |
| | 09/15/2014 | | McDonalds | Meals and Entertainment | (4.57) |
| | 09/22/2014 | | HULU | Meals and Entertainment | (8.71) |
| | 09/29/2014 | | Walgreens | Meals and Entertainment | (1.08) |
| | 09/29/2014 | | Express Grill | Meals and Entertainment | (2.85) |
| | 09/29/2014 | | Target | Meals and Entertainment | (4.74) |
| | 09/29/2014 | | McDonalds | Meals and Entertainment | (7.00) |
| | 09/30/2014 | | McDonalds | Meals and Entertainment | (2.18) |
| **Total Bingo 2577** | | | | | **($47.22)** |
| | | | None This Period | | $0.00 |
| **Total Bingo 3764** | | | | | $0.00 |
| | | | None This Period | | $0.00 |
| **Total Building** | | | | | $0.00 |
| | | | None This Period | | $0.00 |
| **Total Security 3370** | | | | | $0.00 |
| | 09/04/2014 | | Terry & Amos Perdue | Transfers Out - DIP 8315 | ($100.00) |
| **Total Security 3707** | | | | | **($100.00)** |
| | | | None This Period | | $0.00 |
| **Total Nate** | | | | | $0.00 |
| | | | None This Period | | $0.00 |
| **Total Business Classic 5375** | | | | | $0.00 |
| | 09/05/2014 | | Realtor Association | MLS Listing Fees | (189.00) |
| | 09/11/2014 | | 53rd Bank | Bank Service Charges | (11.00) |
| **Total Business Classic 3274** | | | | | **($200.00)** |
| | | | None This Period | | $0.00 |
| **Total Client Funding 0159** | | | | | $0.00 |
| | | | None This Period | | $0.00 |
| **Total Client Funding 3282** | | | | | $0.00 |
| | | | None This Period | | $0.00 |
| **Total Capital One Savings** | | | | | $0.00 |
| | 09/02/2014 | | LAZ Parking | Automobile Expense | (8.00) |
| | 09/02/2014 | | Ocwen | Rent or Mortgage Payments | (2,146.57) |
| | 09/02/2014 | 9065 | Porter Law Network | Professional Fees | (500.00) |
| | 09/02/2014 | 9066 | Wilson Rogers & Company | Professional Fees | (125.00) |
| | 09/02/2014 | | Reuben Collins DDS | Medical | (20.00) |
| | 09/03/2014 | | Jewels | Meals and Entertainment | (15.60) |
| | 09/03/2014 | | Home Depot | Repairs and Maintenance | (50.07) |
| | 09/03/2014 | | Costco | Meals and Entertainment | (84.95) |
| | 09/03/2014 | | USPS | Postage and Delivery | (5.80) |
| | 09/03/2014 | | Office Depot | Office Supplies | (14.73) |
| | 09/04/2014 | 9068 | Hyde Park Woodlawn Condo Association | HOA Fees | (314.30) |
| | 09/05/2014 | | Costco | Meals and Entertainment | (53.00) |
| | 09/05/2014 | 151 | Roy Roofing | Repairs and Maintenance | (850.00) |

**Terry & Amos Perdue**
**Check Detail Report**
September through September 2014

| Date | Num | Payee | Expense Account | Amount |
|------|-----|-------|-----------------|--------|
| 09/08/2014 | | Health Club | Dues and Subscriptions | (29.31) |
| 09/08/2014 | | Kroll Financial Data | Professional Fees | (41.92) |
| 09/08/2014 | 136 | Phi Beta Sigma Fraternity | Charitable Contributions | (100.00) |
| 09/08/2014 | 9069 | Hyde Park Manor Condo Association | HOA Fees | (248.07) |
| 09/10/2014 | | Clear | Internet | (45.00) |
| 09/12/2014 | | Park Packing Company | Automobile Expense | (6.12) |
| 09/12/2014 | 9067 | Porter Law Network | Professional Fees | (500.00) |
| 09/12/2014 | | Food 4 Less | Meals and Entertainment | (9.68) |
| 09/15/2014 | | Macy's | Clothing | (25.27) |
| 09/15/2014 | 9073 | Acuity Insurance | Insurance Expense | (962.00) |
| 09/16/2014 | | Jewels | Meals and Entertainment | (13.39) |
| 09/17/2014 | | MLK Self Park | Automobile Expense | (12.00) |
| 09/17/2014 | | People's Gas | Natural Gas | (55.86) |
| 09/18/2014 | | MLK Self Park | Automobile Expense | (9.00) |
| 09/18/2014 | | Macy's | Clothing | (159.45) |
| 09/18/2014 | 9071 | American Chartered Bank | Household Expenses | (192.66) |
| 09/19/2014 | | Terry & Amos Perdue | Household Expenses | (100.00) |
| 09/19/2014 | | Realtor Association | Real Estate Agent Expense | (272.50) |
| 09/19/2014 | | Chicago Dept. of Water | Water & Sewer | (629.99) |
| 09/22/2014 | | Marshalls | Clothing | (72.06) |
| 09/22/2014 | 152 | David Martinez | Repairs and Maintenance | (270.00) |
| 09/22/2014 | | Ultra Foods | Meals and Entertainment | (47.92) |
| 09/22/2014 | | Home Depot | Repairs and Maintenance | (130.22) |
| 09/22/2014 | | Reuben Collins DDS | Medical | (163.20) |
| 09/23/2014 | | Walgreens | Medical | (30.00) |
| 09/23/2014 | | Chicago Dept. of Water | Water & Sewer | (181.95) |
| 09/24/2014 | | PayPal | Household Expenses | (52.99) |
| 09/25/2014 | | Home Depot | Repairs and Maintenance | (2.49) |
| 09/25/2014 | | Save A Lot | Meals and Entertainment | (6.10) |
| 09/25/2014 | | Walgreens | Medical | (15.27) |
| 09/26/2014 | | Home Depot | Repairs and Maintenance | (27.22) |
| 09/29/2014 | | One Stop Food | Meals and Entertainment | (9.24) |
| 09/29/2014 | | Costco | Automobile Expense | (64.09) |
| 09/29/2014 | | ComEd | Electric | (88.32) |
| 09/29/2014 | | Costco | Meals and Entertainment | (186.00) |
| 09/29/2014 | | Terry & Amos Perdue | Repairs and Maintenance | (200.00) |
| 09/29/2014 | 9072 | US Trustee Payment Center | Court Fees | (100.00) |
| 09/29/2014 | | Lowe's | Repairs and Maintenance | (44.92) |
| 09/30/2014 | | Home Depot | Repairs and Maintenance | (9.40) |
| 09/30/2014 | | ComEd | Electric | (40.88) |
| 09/30/2014 | | RCN | Cable | (164.44) |
| **Total DIP** | | | | **($9,506.95)** |
| | | None This Period | | $0.00 |
| **Total 53rd Savings 1196** | | | | $0.00 |
| **TOTAL** | | | | **($13,845.88)** |

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

CASE NAME:  __Amos & Terry Perdue_____          CASE NO.:  __13-33868_____

### FOR MONTH ENDING        September 30, 2014

### STATEMENT OF INVENTORY

| | |
|---|---|
| Beginning inventory | $_____N/A_____ |
| Add: purchases | $_____N/A_____ |
| Less: goods sold (cost basis) | $_____N/A_____ |
| Ending inventory | $_____N/A_____ |

### PAYROLL INFORMATION STATEMENT

| | |
|---|---|
| Gross payroll for this period | $_____N/A_____ |
| Payroll taxes due but unpaid | $_____N/A_____ |

### STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

\*  Include only post-petition payments.

OPERATING REPORT  Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:   Amos & Terry Perdue          CASE NO.:   13-33868

FOR MONTH ENDING          September 30, 2014

STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

Beginning of month balance          $        N/A

Add:   sales on account          $        N/A

Less: collections          $        N/A

End of month balance          $        N/A

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $  N/A | $  N/A | $  N/A | $  N/A | $  N/A |

STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

Beginning of month balance          $      N/A

Add: credit extended          $      N/A

Less: payments of account          $      N/A

End of month balance          $      N/A

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $  N/A | $  N/A | $  N/A | $  N/A | $  N/A |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE
SCHEDULE AND FILE WITH THIS REPORT

OPERATING REPORT  Page 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:   ___Amos & Terry Perdue_____        CASE NO.:   ____13-33868_____

FOR MONTH ENDING            September 30, 2014

TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis.  Please indicate whether the following post petition taxes or withholdings have been paid currently.

| | | | |
|---|---|---|---|
| 1. | Federal Income Taxes | Yes ( ) | No (√ ) |
| 2. | FICA withholdings | Yes ( ) | No (√ ) |
| 3. | Employee's withholdings | Yes ( ) | No (√ ) |
| 4. | Employer's FICA | Yes ( ) | No (√ ) |
| 5. | Federal Unemployment Taxes | Yes ( ) | No (√ ) |
| 6. | State Income Tax | Yes ( ) | No (√ ) |
| 7. | State Employee withholdings | Yes ( ) | No (√ ) |
| 8. | All other state taxes | Yes ( ) | No (√ ) |

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

The only taxes applicable to debtor in possession would be Federal Income Taxes and State Income Taxes.  These taxes were due and payable on or before April 15th 2014.  Federal and State taxes currently due at the moment are $67,026 and $12,267 respectively.

OPERATING REPORT  Page 6

| Form 6123<br>(Rev. 06-97) | Department of the Treasury-Internal Revenue Service<br>**Verification of Fiduciary's Federal Tax Deposit** |
|---|---|

| **Do not attach this Notice to your Return** |
|---|

| **TO** | District Director, Internal revenue Service<br>Attn: Chief, Special Procedures Function |
|---|---|
| **FROM:** | Name of Taxpayer |
| | Taxpayer Address |

The following information is to notify you of Federal tax deposit(s)(FTD) as required by the United States Bankruptcy Court (complete sections 1 and/or 2 as appropriate):

| **Section 1**<br><br>Taxes Reported on Form 941, Employer's Quarterly Federal Tax Return | **Form 941 Federal Tax Deposit (FTD) Information**<br><br>For the payroll period from _____ to _____<br>Payroll date<br>Gross wages paid to employees                              $<br>Income tax withheld                                         $<br>Social Security (Employer's plus Employee's share of Security Security (FICA)    $<br>Tax Deposited                                              $<br>Date Deposited |
|---|---|
| **Section 2**<br><br>Taxes Reported on Form 940, Employer's Annual Federal Unemployment Tax Return | **Form 940 Federal Tax Deposit (FTD) Information**<br><br>For the payroll period from _____ to _____<br>Gross wages paid to employees                              $<br>Tax Deposited                                              $<br>Date Deposited |

**Certification**
**Certification is limited to receipt or electronic transmittal of deposit only)**
This certifies receipt or electronic transmittal of deposits described below for Federal taxes as defined in Circular E, Employer's Tax Guide (Publication 15)

| Deposit Method<br>(check box) | ☐ Form 8109/8109B Federal Tax Deposit (FTD) coupon<br>☐ Electronic Federal Tax Payment System (EFTPS) Deposit |
|---|---|

| Amount (Form 941 Taxes | Date of Deposit | EFTPS acknowledgment number or Form 8109 FTD received by: |
|---|---|---|
| Amount (Form 940 Taxes | Date of Deposit | EFTPS acknowledgment number or Form 8109 FTD received by: |
| Depositor's Employer Identification Number: | | Name and Address of Bank |

Under penalties of perjury, I certify that the above federal tax deposit information is true and correct

Signed:          Date:

Name and Title (print or type)

Cat. #43099Z                          Form **6123** (rev. 06-97)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, _____, acting as the duly authorized agent for the Debtor in

Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I

certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly

Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information

and belief.

_____
For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

_____

_____

DATED:_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**DECLARATION UNDER PENALTY OF PERJURY**

I, Terry Perdue, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

Terry Perdue
For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:
Terry Perdue

DATED: 10/19/2014