## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 13-33868 |
| | ) | |
| Amos Perdue | ) | |
| Terry L. Perdue | ) | Chapter 11 |
| | ) | |
| Debtors | ) | Judge A. Benjamin Goldgar |

## NOTICE OF MOTION

To: See attached service list

**PLEASE TAKE NOTICE** that on **Monday, December 22, 2014** at the hour of **10:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before Judge Goldgar in Courtroom 642 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn St., Chicago, Illinois, or any other judge sitting such judge's place and stead, and shall then and there present the attached, **MOTION FOR FINAL DECREE** a copy of which is attached hereto and is hereby served upon you. You may appear and be heard if you choose.

By:_/s/Karen J. Porter
Karen J. Porter (Atty No 6188626)
**PORTER LAW NETWORK**
230 West Monroe, Suite 240
312-372-4400
Fax 312-372-4160

## CERTIFICATE OF SERVICE

I, Karen J. Porter, an attorney, certify that I caused a true and correct copy of this Notice and Motion to be served on the attached service list as indicated on the attached service list from my offices located at 230 West Monroe, Suite 240, Chicago, Illinois, 60606 on December 15, 2014.

/s/Karen J. Porter

**Amos Perdue**
**Terry L. Perdue**
**Case 13 – 33868**
**Service List**

*Via ECM Electronic Filing*

Patrick S. Layng
Office of the United States Trustee
219 S. Dearborn St.  Room 873
Chicago, IL 60604

Kristopher A. Capadona
Mulherin, Rehfeldt & Varchetto, P.C.
211 S. Wheaton Ave.  Ste. 200
Wheaton, IL 60187

Raymond J. Ostler
Gomberg, Sharfman, Gold & Ostler
208 S. LaSalle St.    Ste. 2140
Chicago, IL 60604

Andrew J. Nelson
Pierce & Associates
1 N. Dearborn St.  Suite 1300
Chicago, IL 60602

*Via Regular First Class Mail*

Barclays Bank Delaware
P. O. Box 8803
Wilmington, DE 19899

Chase Card Services
P. O. Box 15298
Wilmington, DE 19850

Chase Home Finance
P. O. Box 78420
Phoenix, AZ 85062 - 8420

CitiCards
701 East 60TH Street
Sioux Falls, SD 57104

City of Chicago
Corporation Counsel Ste. 600
121 North La Salle Street
Chicago, IL 60602

City of Chicago
Department of Buildings
120 North Racine Avenue
Chicago, IL 60607

Codilis & Associates, P. C.
Suite 100
15 W 030 North Frontage Road
Burr Ridge, IL 60527

Cook County Treasurer
Room 112
118 North Clark Street
Chicago, IL 60602

First USA Bank, N. A.
P. O. Box 8650
Wilmington, DE 19899

Green Tree Servicing, LLC.
P. O. Box 6154
Rapid City, SD 57709 – 6154

Hyde Park Condo Association
c/o Prarie Shores Management
700 N. Sacramento Blvd.  Suite 301
Chicago, IL 60612

Marquette Bank
10959 South 108TH Street
Orland Park, IL 60467

Ocwen Loan Servicing, LLC.
1100 Virginia Drive  Suite 175
Fort Washington, PA 19034

Peoples Gas Company
Attn: Bankruptcy  17TH Floor
130 East Randolph Drive
Chicago, IL 60601

South Central Bank, N. A.
525 West Roosevelt Road
Chicago, IL 60607

Thrift Savings Plan
TSP Legal Processing Unit
P. O. Box 4390
Fairfax, VA 22038

Ms. Linda Merritt
Internal Revenue Service
500 Woodward Ave   Mail Stop 15
Detroit, MI 48226

D. Patrick Mullarkey
Tax Division (DOJ)
P. O. Box 55
Ben Franklin Station
Washington, D. C. 20044

Associate Area Counsel SB/SE
200 West Adams Street  Suite 2300
Chicago, IL 60606

Michael Kelly
United States Attorney
230 South Dearborn Street
Chicago, IL 60604

Internal Revenue Service
Mail Stop 5010 CHI
230 South Dearborn Street
Chicago, IL 60604

Angela Askew
7243 South Aberdeen Street
Chicago, IL 60643

Ms. Terry L. Perdue
Mr. Amos Perdue
3826 South Calumet Avenue
Chicago, IL 60653

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 13-33868 |
| | ) | |
| Amos Perdue | ) | |
| Terry L. Perdue | ) | Chapter 11 |
| | ) | |
| Debtors | ) | Judge A. Benjamin Goldgar |

## MOTION FOR FINAL DECREE

Amos Perdue and Terry L Perdue (the "Debtors") debtors and debtors in possession herein, by and through their undersigned attorney, moves this honorable court pursuant to 11 U.S.C. §350(a) and Fed.R. Bankr. P. 3022 for the entry of a final decree closing this chapter 11 case, and in support thereof, respectfully states as follows:

1. Debtors commenced a voluntary chapter 11 bankruptcy case (the "Case") by filing a voluntary petition for relief under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §101 *et seq.* (the "Bankruptcy Code") on August 26, 2013, in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Court").

2. Debtors have continued to manage their business and properties as a debtors-in-possession pursuant to §§1107 and 1108 of the Code. No trustee or creditors committee has been appointed in this case.

3. This court has subject matter jurisdiction to grant the relief requested in this Motion and to enter a final order granting that relief as a core proceeding pursuant to 28 U.S.C. §§ 1334(b) and 157(b)(2)(A) and (B). Venue is proper in this Court pursuant to 28 U.S.C. §1409.

4.   On September 5, 2014 the Debtors filed a Modified Plan Dated August 15, 2014 (the "Plan").

5.   On October 22, 2014, the Court entered an Order Confirming Chapter 11 Plan. On November 6, 2014, the Order Confirming Chapter 11 Plan became final.

6.   On November 10, 2014, the Plan became effective.

7.   On or about the Effective Date of the Plan, November 10, 2014, the Debtor made the following payments to the following creditors under the Plan.

A.   Debtor paid the Internal Revenue Service $25,000.00 on account of its Administrative Claim.

B.   Debtors paid the Illinois Department of Revenue $5,000.00 on account of its Administrative Claim.

C.   Debtors paid Ocwen Loan Servicing $318.20 on account of its Class Two Claim.

D.   Debtors paid Ocwen Loan Servicing $512.00 on account of its Class Three Claim.

E.   Debtors paid Ocwen Loan Servicing $639.40 on account of its Class Four Claim.

F.   Debtors paid Green Tree Servicing $10,000.00 and $318.20 on account of its Class Five Claim.

G.   Debtors paid Marquette Bank $563.40 on account of its Class Six Claim.

H.   Debtors paid Marquette Bank $460.97 on account of its Class Seven Claim.

I.   Debtors paid $5,456.37 on account of seven Class Nine Claims.

8.   All the payments that are due to Creditors under the Plan have commenced.

9.   All property proposed by the Plan to be transferred has been transferred.

10.  There are no objections to claims pending.  There are no open adversary proceedings or other contested matters.

11. All fees due to the United States Trustee have been paid.

12. Bankruptcy Rule 3022 provides that: "After an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case. Section 350(a) of the Code provides that: "After an estate is fully administered and the court has discharged the trustee, the court shall close the case.

13. Debtors request that the court enter a final decree closing this chapter 11 case.

WHEREFORE, Amos and Terry L. Perdue, debtors and debtors in possession herein, prays for an entry of a final decree closing this chapter 11 case and for such other and different relief as this Court deems proper and just.

>Respectfully submitted,
>AMOS PERDUE
>TERRY PERDUE
>By: /s/ Karen J. Porter
>   One of its attorneys

Karen J. Porter
**PORTER LAW NETWORK**
230 West Monroe, Suite 240
Chicago, IL 60606
(312) 372-4400
Fax (312) 372-4160
Atty No 6188626