UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 13-33868 |
|---|---|---|
| Amos Perdue | ) | Chapter: 11 |
| Terry L. Perdue | ) | Honorable A. Benjamin Goldgar |
| Debtor(s) | ) | |

## FINAL DECREE

This cause coming on to be heard on the Debtors motion for final decree; due and proper notice of the Motion has been given to the parties entitled thereto; the estate and the court being duly advised in the premises:

The estate of the above captioned debtor has been fully administered.

IT IS THEREFORE ORDERED that the above captioned chapter 11 case is closed.

Enter:

Dated: 22 DEC 2014

United States Bankruptcy Judge

**Prepared by:**
Karen J. Porter
Porter Law Network
230 West Monroe, Suite 240
Chicago, Il 60606
312-372-4400

Rev: 20120501_bko